USDC SCAN INDEX SHEET










CAG    8/18/06    14:29

3:06-CV-01670    USA V. 127.60 ACRES OF LAND

*1*

*CMP.*

ORIGINAL

CAROL C. LAM
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127.60 ACRES OF LAND, more or less, situated in San Diego County, State of California; the COUNTY OF SAN DIEGO; and OTHER INTERESTED PARTIES,<br><br>Defendants. | Civil No.<br><br>**'06 CV 1670 W    NLS**<br><br>COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking]<br>[40 U.S.C. §3114] |

1. This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The authority for the taking of the land is under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereof and amendatory thereof, and under the further authority of the Act of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. §3113). The Act of Congress approved September 30, 1996 (Pub. Law 104-208), authorized this acquisition, and the Act of Congress approved October 18, 2005 (Pub. Law 109-90), appropriated funds for the acquisition of land to control and guard the boundaries and borders

1

of the United States of America.

3. The public use for which the property is taken is to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto. The said interest in land has been selected for acquisition by the United States for use in connection with the construction and establishment of a Multi-Tier Fence Project in San Diego County, California and for such other uses as may be authorized by Congress or by Executive Order.

4. The interest to be acquired in the property known as Tract 103 is fee simple title, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines, more particularly described in Schedule B of the concurrently filed Declaration of Taking.

5. A general description of the property known as Tract 103 and interests to be taken are set forth in Schedule B, attached hereto and made a part hereof.

6. The persons who may have or claim a purported interest in the property whose names are known are listed in Schedule B, attached hereto and made a part hereof.

7. A plan depicting said properties is attached hereto as Schedule C and made a part hereof.

8. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

//
//
//
//
//
//
//
//

1WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: August 17, 2006

CAROL C. LAM
United States Attorney

*Tom Stahl*

TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff

**SCHEDULE "B"**

<u>TRACT 103</u>

A tract of land situated within Section's 4, 9 & 10, Township 19 South, Range 2 West of the San Bernardino Meridian, County of San Diego, State of California and being described as follow:

Commencing at the intersection of Section 2 common to Section 3, 10 & 11, T19S, R2W, and having a survey coordinate value of N=137673.52 and E=1748538.20. Thence, N89°37'09"W, a distance of 1334.82 feet to the **POINT-OF-BEGINNING** [said P.O.B. having a coordinate value of N=138124.22 and E=1747203.41].

Thence, S 00°28'03" W, a distance of 405.14 feet to a point. Said point being on the boundary of the U.S./ Mexico International Border.

Thence, along said border, S 84°40'37" W, a distance of 9443.87 feet to a point.

Thence, N 00°36'22" E, a distance of 248.56 feet to a point.

Thence, S 85°26'01" E, a distance of 646.06 feet to a point.

Thence, N 46°45'53" E, a distance of 672.01 feet to a point.

Thence, N 71°01'16" E, a distance of 429.68 feet to a point.

Thence, N 57°48'25" E, a distance of 250.02 feet to a point.

Thence, N 89°48'25" E, a distance of 252.93 feet to a point.

Thence, S 45°43'21" E, a distance of 153.89 feet to a point.

Thence, N 88°59'44" E, a distance of 243.19 feet to a point.

Thence, N 83°27'35" E, a distance of 808.50 feet to a point.

Thence, N 75°16'39" E, a distance of 587.17 feet to a point.

Thence, N 82°19'09" E, a distance of 508.01 feet to a point.

Thence, N 58°35'06" E, a distance of 314.40 feet to a point.

Thence, N 00°28'47" E, a distance of 91.16 feet to a point.

Thence, S 89°56'57" E, a distance of 782.81 feet to a point.

Thence, S 38°52'38" E, a distance of 467.39 feet to a point.

Thence, N 87°28'12" E, a distance of 1437.33 feet to a point.

Thence, N 84°36'07" E, a distance of 1900.15 feet to a point.

Thence, S 89° 36'16" E, a distance of 680.98 feet to the **POINT-OF-BEGINNING**

Said tract of land having an area of 127.60 acres more or less.

As to Tract 103, the fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

## CONTINUED SCHEDULE "B"

**Names and addresses of purported**
**Owners of Tract 103:**

County of San Diego
Department of Parks and Recreation
1600 Pacific Highway
Rm. 212
San Diego, CA 92101-2472

**Names and addresses of purported**
**Owners of other interests for Tract 103:**

Dan McAllister
San Diego County Treasurer
1600 Pacific Highway
San Diego, CA 92101

State of California
California Coastal Conservancy
Office of Counsel
11th Floor, 1330 Broadway
Oakland, CA 92101-2427

Hanson Building Materials
d/b/a Hanson Aggregates, West, Inc.
f/k/a Cornerstone Construction & Materials, Inc.
2680 Bishop Drive, Suite 225
San Ramon, CA 94583

State of California
Department of Parks and Recreation
Office of Counsel
1416 9th Street
Sacramento, CA 95814

**Estimated just compensation**
**for Tract 103:**

The gross sum estimated to be just compensation for the interest in land hereby taken inclusive of all rights set forth in the Declaration of taking is Two Million, Eighty-Three Thousand ($2,083,000.00) Dollars.




JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

United States of America

**DEFENDANTS**

2006 AUG 17 AM 11: 16

127.60 Acres of Land, more or less, situated in San Diego County, State of California; the County of San Diego; and other interested parties

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tom Stahl, Chief, Civil Division
U.S. Attorney's Office
880 Front St., Rm. 6293
San Diego, CA 92101-

**ATTORNEYS (IF KNOWN)**

'06 CV 1670 W  NLS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

40 U.S.C. § 3114 and § 3113 - Condemnation     43:946

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23     DEMAND $     Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   August 17, 2006     SIGNATURE OF ATTORNEY OF RECORD   Tom Stahl

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)