















```
CAG    8/18/06     14:30
3:06-CV-01670    USA V. 127.60 ACRES OF LAND
*2*
*DECL.*
```

ORIGINAL

2006 AUG 17 AM 11: 17

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Civil Case No. |
| Plaintiff,      ) | 06CV 1670 W   NLS |
| v.      ) | |
| 127.60 ACRES OF LAND, more or less,      ) | DECLARATION |
| situated in San Diego County, State of      ) | OF |
| California; and the COUNTY OF SAN      ) | TAKING |
| DIEGO, a political subdivision, et. al.      ) | |
| Defendants,      ) | |

TO THE HONORABLE,

THE UNITED STATES DISTRICT COURT:

I, the undersigned, Renee M. Smoot, Executive Director, Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, do hereby declare by direction of the Secretary of the Department of Homeland Security:

1.  The land hereinafter described is taken under and in accordance with the authority set forth in Schedule "A", annexed hereto and made a part hereof.

2.  The public uses for which said land is taken are also set forth in Schedule "A", annexed hereto and made a part hereof.

3.  A general description of the tract of land being taken, the estimated just compensation therefore, and the estate taken for said public uses are set forth in Schedule "B", annexed hereto and made a part hereof.

4.  A plan showing the land taken is annexed hereto as Schedule "C", and made a part hereof.



5. The gross sum estimated by me as just compensation for all of said land, which aggregates 127.60 acres, more or less, with all buildings and improvements thereon and all appurtenances thereto and including any and all interests hereby taken in said land is Two Million Eighty-Three Thousand ($2,083,000.00) dollars, which sum I cause to be deposited herewith in the registry of the court for the use and benefit of the persons entitled thereto. I am of the opinion that the ultimate award for said land probably will be within any limits prescribed by law on the price to be paid therefor.

IN WITNESS WHEREOF, the undersigned, Executive Director, Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, hereunto subscribes her name by direction of the Secretary of the Department of Homeland Security, this 21st day of June, 2006 in the City of Washington, District of Columbia.

*Renee Smoot*

Renee M. Smoot
Executive Director, Asset Management
U.S. Customs and Border Protection
Department of Homeland Security

## SCHEDULE "A"

AUTHORITY FOR TAKING:

The interests in land hereinafter described is taken under and in accordance with the Act of congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. §3114), and acts supplementary thereto and amendatory thereof, and under the further authority of the Acts of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. §3113); and the Act of Congress approved September 30, 1996 (Pub. Law 104-208), which act authorized the acquisition of land to control and guard the boundaries and borders of the United States of America. Appropriations for the acquisition were authorized by Act of Congress, Pub, Law 109-90 (dated Oct 18, 2005).

PUBLIC USES:

The public uses for which said interests in land is taken are as follows: The land is necessary to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto. The said interests in land has been selected for acquisition by the United States for use in connection with the construction and establishment of a Multi-tiered Fence project in Sand Diego County, California and for such other uses as may be authorized by Congress or by Executive Order.

**SCHEDULE "B"**

<u>TRACT 103</u>

A tract of land situated within Section's 4, 9 & 10, Township 19 South, Range 2 West of the San Bernardino Meridian, County of San Diego, State of California and being described as follow:

Commencing at the intersection of Section 2 common to Section 3, 10 & 11, T19S, R2W, and having a survey coordinate value of N=137673.52 and E=1748538.20. Thence, N89°37'09"W, a distance of 1334.82 feet to the **POINT-OF-BEGINNING** [said P.O.B. having a coordinate value of N=138124.22 and E=1747203.41].

Thence, S 00°28'03" W, a distance of 405.14 feet to a point. Said point being on the boundary of the U.S./ Mexico International Border.

Thence, along said border, S 84°40'37" W, a distance of 9443.87 feet to a point.

Thence, N 00°36'22" E, a distance of 248.56 feet to a point.

Thence, S 85°26'01" E, a distance of 646.06 feet to a point.

Thence, N 46°45'53" E, a distance of 672.01 feet to a point.

Thence, N 71°01'16" E, a distance of 429.68 feet to a point.

Thence, N 57°48'25" E, a distance of 250.02 feet to a point.

Thence, N 89°48'25" E, a distance of 252.93 feet to a point.

Thence, S 45°43'21" E, a distance of 153.89 feet to a point.

Thence, N 88°59'44" E, a distance of 243.19 feet to a point.

Thence, N 83°27'35" E, a distance of 808.50 feet to a point.

Thence, N 75°16'39" E, a distance of 587.17 feet to a point.

Thence, N 82°19'09" E, a distance of 508.01 feet to a point.

Thence, N 58°35'06" E, a distance of 314.40 feet to a point.

Thence, N 00°28'47" E, a distance of 91.16 feet to a point.

Thence, S 89°56'57" E, a distance of 782.81 feet to a point.

Thence, S 38°52'38" E, a distance of 467.39 feet to a point.

Thence, N 87°28'12" E, a distance of 1437.33 feet to a point.

Thence, N 84°36'07" E, a distance of 1900.15 feet to a point.

Thence, S 89° 36'16" E, a distance of 680.98 feet to the **POINT-OF-BEGINNING**

Said tract of land having an area of 127.60 acres more or less.

As to Tract 103, the fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

## CONTINUED SCHEDULE "B"

**Names and addresses of purported
Owners of Tract 103:**

County of San Diego
Department of Parks and Recreation
1600 Pacific Highway
Rm. 212
San Diego, CA 92101-2472


**Names and addresses of purported
Owners of other interests for Tract 103:**

Dan McAllister
San Diego County Treasurer
1600 Pacific Highway
San Diego, CA 92101

State of California
California Coastal Conservancy
Office of Counsel
11th Floor, 1330 Broadway
Oakland, CA 92101-2427


Hanson Building Materials
d/b/a Hanson Aggregates, West, Inc.
f/k/a Cornerstone Construction & Materials, Inc.
2680 Bishop Drive, Suite 225
San Ramon, CA 94583

State of California
Department of Parks and Recreation
Office of Counsel
1416 9th Street
Sacramento, CA 95814


**Estimated just compensation
for Tract 103:**

The gross sum estimated to be just compensation for the interest in land hereby taken inclusive of all rights set forth in the Declaration of taking is Two Million, Eighty-Three Thousand ($2,083,000.00) Dollars.

