ORIGINAL

CAROL C. LAM
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140

Attorneys for the Plaintiff



FILED
SEP 1 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127.60 ACRES OF LAND, more or less, situated in San Diego County, State of California; COUNTY OF SAN DIEGO; STATE OF CALIFORNIA - DEPARTMENT OF PARKS AND RECREATION; STATE OF CALIFORNIA - CALIFORNIA COASTAL CONSERVANCY; and OTHER INTERESTED PARTIES,<br><br>Defendants. | Civil No. 06cv1670-W(NLS)<br><br>FIRST AMENDED<br>COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking]<br>[40 U.S.C. §3114] |

1.  This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.  The authority for the taking of the land is under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereof and amendatory thereof, and under the further authority of the Act of Congress approved August 21,

2002 (116 Stat. 1144, 40 U.S.C. §3113). The Act of Congress approved September 30, 1996 (Pub. Law 104-208), authorized this acquisition, and the Act of Congress approved October 18, 2005 (Pub. Law 109-90), appropriated funds for the acquisition of land to control and guard the boundaries and borders of the United States of America.

3. The public use for which the property is taken is to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto. The said interest in land has been selected for acquisition by the United States for use in connection with the construction and establishment of a Multi-Tier Fence Project in San Diego County, California, and for such other uses as may be authorized by Congress or by Executive Order.

4. The interest to be acquired in the property known as Tract 103 is fee simple title, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines, more particularly described in Schedule B of the concurrently filed Declaration of Taking.

5. A general description of the property known as Tract 103 and interests to be taken are set forth in Schedule B, attached hereto and made a part hereof.

6. The persons who may have or claim a purported interest in the property whose names are known are listed in Schedule B, attached hereto and made a part hereof. At the time of taking, the County of San Diego was the legal owner of the subject property. The State of California - California Coastal Conservancy and the State of California - Department of Parks and Recreation claim an interest in the subject property based upon their provision of funds which were used by the County of San Diego to purchase a portion of the subject property in addition to other parcels located in the vicinity.

7. A plan depicting said properties is attached hereto as Schedule C and made a part hereof.

8. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

//

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: September 20, 2006

CAROL C. LAM
United States Attorney

*Tom Stahl*

TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff

## SCHEDULE "B"

### TRACT 103

A tract of land situated within Section's 4, 9 & 10, Township 19 South, Range 2 West of the San Bernardino Meridian, County of San Diego, State of California and being described as follow:

Commencing at the intersection of Section 2 common to Section 3, 10 & 11, T19S, R2W, and having a survey coordinate value of N=137673.52 and E=1748538.20. Thence, N89°37'09"W, a distance of 1334.82 feet to the **POINT-OF-BEGINNING** [said P.O.B. having a coordinate value of N=138124.22 and E=1747203.41].

Thence, S 00°28'03" W, a distance of 405.14 feet to a point. Said point being on the boundary of the U.S./ Mexico International Border.

Thence, along said border, S 84°40'37" W, a distance of 9443.87 feet to a point.

Thence, N 00°36'22" E, a distance of 248.56 feet to a point.

Thence, S 85°26'01" E, a distance of 646.06 feet to a point.

Thence, N 46°45'53" E, a distance of 672.01 feet to a point.

Thence, N 71°01'16" E, a distance of 429.68 feet to a point.

Thence, N 57°48'25" E, a distance of 250.02 feet to a point.

Thence, N 89°48'25" E, a distance of 252.93 feet to a point.

Thence, S 45°43'21" E, a distance of 153.89 feet to a point.

Thence, N 88°59'44" E, a distance of 243.19 feet to a point.

Thence, N 83°27'35" E, a distance of 808.50 feet to a point.

Thence, N 75°16'39" E, a distance of 587.17 feet to a point.

Thence, N 82°19'09" E, a distance of 508.01 feet to a point.

Thence, N 58°35'06" E, a distance of 314.40 feet to a point.

Thence, N 00°28'47" E, a distance of 91.16 feet to a point.

Thence, S 89°56'57" E, a distance of 782.81 feet to a point.

Thence, S 38°52'38" E, a distance of 467.39 feet to a point.

Thence, N 87°28'12" E, a distance of 1437.33 feet to a point.

Thence, N 84°36'07" E, a distance of 1900.15 feet to a point.

Thence, S 89° 36'16" E, a distance of 680.98 feet to the **POINT-OF-BEGINNING**

Said tract of land having an area of 127.60 acres more or less.

As to Tract 103, the fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines,

## CONTINUED SCHEDULE "B"

**Names and addresses of purported Owners of Tract 103:**

County of San Diego
Department of Parks and Recreation
1600 Pacific Highway
Rm. 212
San Diego, CA 92101-2472

**Names and addresses of purported Owners of other interests for Tract 103:**

Dan McAllister
San Diego County Treasurer
1600 Pacific Highway
San Diego, CA 92101

State of California
California Coastal Conservancy
Office of Counsel
11th Floor, 1330 Broadway
Oakland, CA 92101-2427

Hanson Building Materials
d/b/a Hanson Aggregates, West, Inc.
f/k/a Cornerstone Construction & Materials, Inc.
2680 Bishop Drive, Suite 225
San Ramon, CA 94583

State of California
Department of Parks and Recreation
Office of Counsel
1416 9th Street
Sacramento, CA 95814

**Estimated just compensation for Tract 103:**

The gross sum estimated to be just compensation for the interest in land hereby taken inclusive of all rights set forth in the Declaration of taking is Two Million, Eighty-Three Thousand ($2,083,000.00) Dollars.

