

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>127.60 Acres of Land et al,<br><br>　　　　　　　　Defendant. | CASE NO. 06CV1670-W(NLS)<br><br>NOTICE OF HEARING |

Please take notice that the above-entitled action has been placed on the calendar of the Honorable Thomas J. Whelan on May 7, 2007 at 10:30 a.m., in courtroom 7, at the U.S. District Courthouse, 940 Front Street, San Diego, California.

__X__ **FOR DISMISSAL FOR WANT OF PROSECUTION** under Local Rule 41.1 which provides that actions or proceedings which have been pending in this court for more than six months, without any proceeding having been taken therein during such period, may be dismissed by the court without prejudice, unless otherwise ordered.

W. SAMUEL HAMRICK, JR., CLERK

by:　C. Tremble
Courtroom Deputy
619-557-6417