KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>127.60 ACRES OF LAND, more or less, )<br>situated in San Diego County, State of )<br>California; COUNTY OF SAN DIEGO; )<br>STATE OF CALIFORNIA - )<br>DEPARTMENT OF PARKS AND )<br>RECREATION; STATE OF )<br>CALIFORNIA - CALIFORNIA COASTAL )<br>CONSERVANCY; and OTHER )<br>INTERESTED PARTIES, )<br>)<br>Defendants. )<br>_____ ) | Civil No. 06cv1670-W(NLS)<br><br>SECOND AMENDED<br>COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking]<br>[40 U.S.C. §3114] |

1. This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The authority for the taking of the land is under and in accordance with the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereof and amendatory thereof, and under the further authority of the Act of Congress approved August 21,

1  2002 (116 Stat. 1144, 40 U.S.C. §3113). The Act of Congress approved September 30, 1996 (Pub. Law
2  104-208), authorized this acquisition, and the Act of Congress approved October 18, 2005 (Pub. Law
3  109-90), appropriated funds for the acquisition of land to control and guard the boundaries and borders
4  of the United States of America.

5      3.    The public use for which the property is taken is to provide control and guard the
6  boundaries and borders of the United States in connection with the Border Infrastructure System and
7  for other uses incident thereto. The said interest in land has been selected for acquisition by the United
8  States for use in connection with the construction and establishment of a Multi-Tier Fence Project in
9  San Diego County, California, and for such other uses as may be authorized by Congress or by
10 Executive Order.

11     4.    The interest to be acquired in the property known as Tract 103 is described in Schedule
12 B attached to the original Declaration of Taking filed August 17, 2006. The interests to be acquired in
13 the properties known as Tracts 106E, 106E-1, 106E-2, 106E-3, 106E-4, and 106E-5 are described in
14 Schedule D attached to the Amendment to Declaration of Taking filed herewith.

15     5.    A general description of the property known as Tract 103 and interests to be taken are
16 set forth in Schedule B attached to the original Declaration of Taking filed August 17, 2006.
17 Descriptions of the properties known as Tracts 106E, 106E-1, 106E-2, 106E-3, 106E-4, and 106E-5 are
18 set forth in Schedule BB of the Amendment to Declaration of Taking filed herewith.

19     6.    The persons who may have or claim a purported interest in the property whose names
20 are known are listed in Schedule B attached to the original Declaration of Taking filed August 17, 2006.
21 At the time of taking, the County of San Diego was the legal owner of the subject property. The State
22 of California - California Coastal Conservancy and the State of California - Department of Parks and
23 Recreation claim an interest in the subject property based upon their provision of funds which were used
24 by the County of San Diego to purchase a portion of the subject property in addition to other parcels
25 located in the vicinity.

26     7.    A plat map depicting Tract 103 is attached hereto as Schedule C to the original
27 Declaration of Taking filed August 17, 2006. A plat mat depicting Tracts 106E, 106E-1, 106E-2, 106E-
28 3, 106E-4, and 106E-5 is attached to Schedule CC of the Amendment to Declaration of Taking filed

herewith.

8. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: January 3, 2008    KAREN P. HEWITT
United States Attorney

 /s/ TOM STAHL
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff