KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | AMENDMENT TO |
| | ) | DECLARATION OF TAKING |
| vs. | ) | |
| | ) | |
| 127.60 ACRES OF LAND, more or less, | ) | |
| | ) | CIVIL CASE NO. |
| Situate in San Diego County, State of | ) | |
| | ) | 06CV1670-W (NLS) |
| California; the COUNTY OF SAN DIEGO; and | | |
| | | |
| OTHER INTERESTED PARTIES, | | |
| | | |
| Defendants. | | |

WHEREAS, on August 17, 2006, a proceeding was instituted by the filing
of a complaint in this Honorable Court in the name of the United States of
America for the acquisition of certain interests in land situate in the
County of San Diego, State of California, and

WHEREAS, on August 17, 2006, a Declaration of Taking including all of
the land described in the Complaint was duly filed in said proceeding; and

WHEREAS,  it is necessary to amend said Declaration of Taking to
include additional land designated herein as Tract Nos. 106E, 106E-1,

106E-2, 106E-3, 106E-4, and 106E-5, which together encompass 60.33 additional acres of land, more or less.

NOW THEREFORE, I, Robert Janson, Acting Executive Director, Asset Management, Department of Homeland Security, U.S. Customs and Border Protection, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. Sections 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security, and by further delegations of such land acquisition authority by the Secretary of Homeland Security and the Commissioner of U.S. Customs and Border Protection, do hereby make the following declaration:

1.    The additional property is hereby taken under and in accordance with the authorities set forth in Schedule "A" of the original Declaration of Taking, filed August 17, 2006.

2.    The public purpose for which said additional property is taken is set forth in Schedule "A" of the original Declaration of Taking, filed August 17, 2006.

3.    Add Schedule "BB" attached hereto and made a part hereof, which schedule contains a description of the additional land being taken.

4.    Add Schedule "CC" attached hereto and made a part hereof, which schedule shows each additional tract being taken.

5.    Add Schedule "D" attached hereto and made a part hereof, which sets forth the estates taken for tracts 106E, 106E-1, 106E-2, 106E-3, 106E-4, and 106E-5.

6.    On August 17, 2006, the United States deposited an estimate of just compensation in the amount of Two Million Eighty-Three Thousand dollars ($2,083,000.00).  These funds were deposited in the registry of the court for the use and benefit of the persons entitled thereto based upon the Declaration of Taking for this case at my direction.

7.    The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "B" of the original Declaration of Taking, filed August 17, 2006.

IN  WITNESS  WHEREOF,  the  undersigned,  Acting  Executive  Director,  Asset Management,  Department  of  Homeland  Security,  U.S.  Customs  and  Border Protection,  hereunto  subscribes  his  name  by  direction  of  the  Secretary  of the  Department  of  Homeland  Security,  this  _17th_  day  of  _December_  ,  2007 in the City of Washington, District of Columbia.

_____

Robert Janson
Executive Director, Asset Management
Department of Homeland Security
U.S. Customs and Border Protection

SCHEDULE "BB"
LEGAL DESCRIPTIONS

**SAN DIEGO SECTOR BORDER PATROL**
**COUNTY ACCESS ROAD**
**(GOAT CANYON ROAD)**

**PERPETUAL ACCESS EASEMENT**
**Tract No.:106E**
**DACW47-9-08-0035**

A strip of land situated within Section 9, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and being described as follows:

Said strip of land being approximately 803.55 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the westerly boundary of Fractional Section 9 common to Sec 8, T19S, R2W. Said point having a coordinate value of X=6299212.51 & Y=1776829.60.

Thence, continuing along the meanders of said centerline in a southeasterly direction, a distance of approximately 803.55 feet to the Point-of-Termination.  Said point having a coordinate value of X=6299808.68 & Y=1776315.53.

Said strip of land containing an area of 1.11 acres, more or less.

SAN DIEGO SECTOR BORDER PATROL
COUNTY ACCESS ROAD
(SAMS DRIVE)
PERPETUAL ACCESS EASEMENT

Tract 106E-1
DACW47-9-08-0036

A strip of land situated within Section 4,5, and 9, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and being described as follows:

Said strip of land being approximately 4866.10 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline: Beginning at a point on the southerly right-of-way of Monument Road.  And having a coordinate value of X= 6298913.67, Y= 1778777.81.

Thence, in a northeasterly direction, a distance of approximately 1155.47 feet to a point.  Said point having a coordinate value of X=6299967.10 & Y= 1779221.85.

Thence, along an arc of a curve to the right of, a distance of approximately 135.28 feet to a point.  Said point having a coordinate value of X=6300004.82 & Y=1779131.42.

Thence, continuing along the meanders of said centerline in a southwesterly direction, a distance of approximately 117.99 feet to a point.  Said point having a coordinate value of X=6299894.96 & Y=1779084.12.

1  Thence, along an arc of a curve to the left of, a distance of approximately

2  107.98 feet to a point.  Said point having a coordinate value of

3  X=6299903.28 & Y=1779006.73.

4

5  Thence, continuing along the meanders of said centerline in a southeasterly

6  direction, a distance of approximately 613.99 feet to a point.  Said point

7  having a coordinate value of X=6300500.52 & Y= 1778935.91.

8

9  Thence, along an arc of a curve to the right of, a distance of approximately

10  359.97 feet to a point.  Said point having a coordinate value of

11  X=6300701.58 & Y=1778660.12.

12

13  Thence, continuing along the meanders of said centerline in a southerly

14  direction approximately 644.01 feet to a point.  Said point having a

15  coordinate value of X=6300708.98 & Y=1778016.58.

16

17  Thence, in a southeasterly direction approximately 564.96 feet to a point.

18  Said point having a coordinate value of X=6300949.67 & Y=1777507.61.

19

20  Thence, in a southerly direction approximately 588.16 feet to a Point-of-

21  Termination.  Said point having a coordinate value of X=6300950.29 &

22  Y=1776919.46.

23

24   Said strip of land containing an area of 6.69 acres, more or less.

25

SAN DIEGO SECTOR BORDER PATROL
COUNTY ACCESS ROAD
(SMUGGLERS GULCH ROAD)

PERPETUAL ACCESS EASEMENT
Tract No.:106E-3
DACW47-9-08-0034

A strip of land situated within Section 4, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and being described as follows:

Said strip of land being approximately 1194.16 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the southerly right-of-way of Monument Road and having a coordinate value of X=6303911.29 & Y=1778570.90.

Thence, continuing along the meanders of said centerline in a southerly direction, a distance of approximately 1194.16 feet to the Point-of-Termination.  Said point having a coordinate value of X=6303924.17 & Y=177738.44.

Said strip of land containing an area of 1.64 acres, more or less.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SAN DIEGO SECTOR BORDER PATROL**
**COUNTY ACCESS ROAD**
**(RUSSIAN HILL ROAD)**

**PERPETUAL ACCESS EASEMENT**

**Tract 106E-4**
**DACW47-9-08-0039**

A strip of land situated within Sections 3 and 10, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and being described as follows:

Said strip of land being approximately 4866.10 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the NW ¼ of County Property. Said property having an Assessors Parcel Number of 6640102600. Said point having a coordinate value of X= 6306574.19, Y= 1779031.96.

Thence, continuing along the meanders of said centerline in a southerly direction, a distance of approximately 1058.44 feet to a point. Said point having a coordinate value of X=6306505.24 & Y= 1777976.92.

Thence, along an arc of a curve to the right of, a distance of approximately 299.98 feet to a point. Said point having a coordinate value of X=6306356.53 & Y=1777730.63.

1  Thence, continuing along the meanders of said centerline in a southwesterly

2  direction, a distance of approximately 599.95 feet to a point.  Said point

3  having a coordinate value of X=6305956.20 & Y= 1777527.98

4

5  Thence, in a westerly direction approximately 903.36 feet to a point.  Said

6  point having a coordinate value of X=6305064.03 & Y=1777632.29.

7

8  Thence, along an arc of a curve to the left of, a distance of approximately

9  134.73 feet to a point.  Said point having a coordinate value of

10  X=6305070.20 & Y=1777543.62.

11

12  Thence, continuing along the meanders of said centerline in a southeasterly

13  direction, a distance of approximately 405.72 feet to a point.  Said point

14  having a coordinate value of X=6305435.18 & Y= 1777366.43.

15

16  Thence, along an arc of a curve to the right, a distance of approximately

17  138.48 feet to a point.  Said point having a coordinate value of

18  X=6305533.79 & Y=1777274.90.

19

20  Thence, continuing along the meanders of said centerline in a southeasterly

21  direction, a distance of approximately 218.33 feet to the Point-of-

22  Termination.  Said point having a coordinate value of X=6305564.89 & Y=

23  1777058.80.

24

25   Said strip of land containing an area of 4.98 acres, more or less.

SAN DIEGO SECTOR BORDER PATROL
COUNTY ACCESS ROAD
(SAMS DRIVE)
TEMPORARY CONSTRUCTION EASEMENT

Tract 106E-2
DACW47-9-08-0038

A tract of land situated within Sections 4, 5, and 9, Township 19 South, Range 2 West of the California Principal Meridian, County of San Diego, State of California and being described as follows:

Beginning at a Point on the southerly right-of-way of Monument Road

and having a coordinate value of X=6298770.79 and Y= 1778664.20.

Thence, N 49°34'23" E, a distance of 601.91 feet to a point.

Thence, N 55°01'37" E, a distance of 257.57 feet to a point.

Thence, N 78°44'55" E, a distance of 680.08 feet to a point.

Thence, S 71°07'15" E, a distance of 164.76 feet to a point.

Thence, S 27°02'26" E, a distance of 247.24 feet to a point.

Thence, S 71°07'15" E, a distance of 297.71 feet to a point.

Thence, S 27°02'26" E, a distance of 270.36 feet to a point.

Thence, S 00°06'10" E, a distance of 691.72 feet to a point.

Thence, S 27°30'32" E, a distance of 536.93 feet to a point.

Thence, S 00°04'22" W, a distance of 636.37 feet to a point.

Thence, S 89°45'22" W, a distance of 178.09 feet to a point.

Thence, N 00°04'22" E, a distance of 595.01 feet to a point.

Thence, N 27°35'27" W, a distance of 544.63 feet to a point.

Thence, N 00°08'32" E, a distance of 763.10 feet to a point.

Thence, N 88°36'33" W, a distance of 1,232.11 feet to a point.

1    Thence, S 67°40'54" W, a distance of 334.47 feet to a point.

2    Thence, N 89°45'29" W, a distance of 288.79 feet to the Point-of-

3  Beginning.

4

5    Said tract of land containing an area of 23.61 acres, more or less.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SAN DIEGO SECTOR BORDER PATROL
COUNTY ACCESS ROAD
(RUSSIAN HILL ROAD)
TEMPORARY CONSTRUCTION EASEMENT

2

3

Tract 106E-5
DACW47-9-08-0037

4

5  A tract of land situated within Sections 3, Township 19 South, Range 2 West

6  of the California Principal Meridian, County of San Diego, State of

7  California and being described as follows:

8

9  Beginning at the NW corner of County property and having a coordinate value

10  of X=6306505.51 and Y= 1779032.00.  Said property having an assessor parcel

11  number of 6640102600.

12  Thence, N 89°59'59" E, a distance of 122.34 feet to a point.

13  Thence, S 00°31'41" W, a distance of 1,285.80 feet to a point.

14  Thence, S 55°00'00" W, a distance of 1,082.05 feet to a point.

15  Thence, S 00°00'00" W, a distance of 59.54 feet to a point.

16  Thence, S 87°28'12" W, a distance of 337.68 feet to a point.

17  Thence, N 00°00'00" E, a distance of 209.84 feet to a point.

18  Thence, N 61°36'24" W, a distance of 507.85 feet to a point.

19  Thence, N 06°28'29" E, a distance of 453.86 feet to a point.

20  Thence, N 90°00'00" E, a distance of 281.01 feet to a point.

21  Thence, S 64°34'45" E, a distance of 764.73 feet to a point.

22  Thence, N 55°00'00" E, a distance of 526.50 feet to a point.

23  Thence, N 09°34'57" E, a distance of 650.64 feet to a point.

24  Thence, N 00°18'28" W, a distance of 463.41 feet to the Point-of-Beginning.

25

Said tract of land containing an area of 22.30 acres, more or less.

Declaration of Taking - 12

1          SCHEDULE "CC"

2     See the attached plat maps

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GOAT CANYON
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: County of San Diego

Section 9
Township 18 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
OF
ENGINEERS
ALBUQUERQUE DISTRICT











RUSSIAN HILL
ACCESS ROADS

TEMPORARY CONSTRUCTION
EASEMENT

Property of: County of San Diego

Sections 3 and 10
Township 18 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

GRAPHIC SCALE

1" = 300'

Date: 06/22/07

U.S. ARMY CORPS
OF
ENGINEERS
ALBUQUERQUE DISTRICT

SCHEDULE D
ESTATES TAKEN

The estate taken for tract numbers 106E, 106E-1, 106E-3, and 106E-4 is a perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "BB" for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

The estate taken for tracts 106E-2 and 106E-5 is a temporary and assignable easement and right-of-way in, over and across the land described in Schedule "BB" for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto, including the right to clear, cut fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away, and remove any or all of said land and to place thereon dredge or spoil material; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and

1    assigns, the right to use the surface of such land as access to their

2    adjoining land or for any other use consistent with its use as a road.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25