UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>127.60 ACRES OF LAND, et. al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06-CV-1670 W (NLS)<br><br>**ORDER TAKING 41.1 HEARING OFF CALENDAR**<br>**(Doc. No. 19.)** |

　　　Based upon the Plaintiff's Second Status Report, and good cause appearing, the Order to Show Cause hearing scheduled for January 7, 2008 is taken off calendar.

　　　**IT IS SO ORDERED.**

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　　　　　　06cv1670W