UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Civil No. 06cv1670-W(NLS) |
| Plaintiff, ) | |
| v. ) | PROPOSED JOINT DISCOVERY PLAN |
| 127.60 ACRES OF LAND, more or less, situated in San Diego County, State of California; COUNTY OF SAN DIEGO; STATE OF CALIFORNIA - DEPARTMENT OF PARKS AND RECREATION; STATE OF CALIFORNIA - CALIFORNIA COASTAL CONSERVANCY; and OTHER INTERESTED PARTIES, ) | |
| Defendants. ) | |

COME NOW Plaintiff, UNITED STATES OF AMERICA, and Defendants, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA - DEPARTMENT OF PARKS AND RECREATION, and STATE OF CALIFORNIA - CALIFORNIA COASTAL CONSERVANCY, by and through their undersigned counsel, and propose the following Joint Discovery Plan:

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 2, 2008 at San Diego, CA, and was attended by Tom Stahl, Assistant United States Attorney, Chief, Civil Division, and Christopher B. Latham, Assistant United States Attorney for Plaintiff, and Judith Ann McDonough, Senior Deputy County Counsel, for Defendant County of San Diego, Michael P. Cayaban, Deputy

Attorney General, for Defendant State of California - Department of Parks and Recreation, and Patricia Sheehan Peterson, Deputy Attorney General, for Defendant State of California - California Coastal Conservancy.  Counsel discussed the issues involved in the case and the need for discovery.  Counsel discussed the need for additional documents relating to the construction of the Border Fence on the subject land.  Without the documents, counsel do not believe that it is practical to establish a discovery schedule.  However, in compliance with the Court's Order, the following tentative discovery schedule is jointly proposed.

    2.    Discovery will be needed on the following subjects:

        a)  The fair market value of the subject land including, but not limited to the following: what comprises the larger parcel; the highest and best use of the subject land; the sales of properties comparable to the subject land.

        b)  The amount and type of severance damages to the remainder.

        c)  Any other issues that arise in the course of discovery of the above matters.

    3.    The parties shall designate their respective expert witnesses in writing pursuant to Fed. R.Civ.P. 26(a)(2)(A) on or before January 30, 2009.

    4.    The parties shall designate their respective rebuttal expert witnesses in writing pursuant to Fed. R.Civ.P. 26(a)(2)(A) on or before March 13, 2009.

    5.    The parties' expert disclosures required by Fed. R. Civ. P. 26(a)(2)(B) shall be served on all parties on or before July 17, 2009.  Any contradictory or rebuttal reports required by Fed. R. Civ. P. 26(a)(2)(C)(ii) shall be served on all parties on or before September 18, 2009.

    6.    All discovery, including expert discovery, shall be completed by all parties on or before December 15, 2009.

    7.    <u>Other Items</u>:

        a) A telephonic Case Management Conference has been scheduled for September 5, 2008, at 2:00 pm.

        b) The parties believe that settlement cannot be evaluated prior to depositions of expert witnesses and evaluation of the parties' respective appraisals of the subject land.

Therefore, the parties request a settlement conference before the assigned Magistrate Judge after the completion of depositions of expert witnesses.

DATED: September 3, 2008                JOHN J. SANSONE
                                        County Counsel - County of San Diego

                                  by:   /s/ Judith Ann McDonough
                                        JUDITH ANN MCDONOUGH
                                        Senior Deputy County Counsel
                                        Attorney for Defendant,
                                        County of San Diego
                                        Judith.McDonough@sdcounty.ca.gov


DATED: September 3, 2008                EDMUND G. BROWN JR.
                                        Attorney General - State of California

                                         /s/ Michael P. Cayaban
                                  by:   MICHAEL P. CAYABAN
                                        Deputy Attorney General
                                        Attorney for Defendant,
                                        State of California - Department
                                        of Parks and Recreation
                                        Mike.Cayaban@doj.ca.gov



DATED: September 3, 2008                EDMUND G. BROWN JR.
                                        Attorney General - State of California

                                  by:    /s/ Patricia Sheehan Peterson
                                        PATRICIA SHEEHAN PETERSON
                                        Deputy Attorney General
                                        Attorney for Defendant,
                                        State of California - California
                                        Coastal Conservancy
                                        Pat.Peterson@doj.ca.gov

//
//
//
//
//
//
//
//

1 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
2 | of the United States District Court for the Southern District of California, I certify that the content of
3 | this document is acceptable to counsel for the Defendants and that I have obtained authorization from
4 | them to affix their electronic signatures to this document.

DATED: September 3, 2008

KAREN P. HEWITT
United States Attorney

/s/ Tom Stahl
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff
Thomas.Stahl@usdoj.gov