KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>127.60 ACRES OF LAND, more or less, situated in San Diego County, State of California; COUNTY OF SAN DIEGO; STATE OF CALIFORNIA - DEPARTMENT OF PARKS AND RECREATION; STATE OF CALIFORNIA - CALIFORNIA COASTAL CONSERVANCY; and OTHER INTERESTED PARTIES,<br><br>Defendants. | Case No. 06cv1670 W (NLS)<br><br>THIRD AMENDED COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking]<br>[40 U.S.C. §3114] |

1.   This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Executive Director, Asset Management, of U.S. Customs and Border Protection, for the taking of property, under the power of

//

1  eminent domain through a Declaration of Taking, and for the determination and award of just
2  compensation to the owners and parties in interest.

3      2.    The authority for the taking of the land is under and in accordance with the Act of
4  Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereof
5  and amendatory thereof, and under the further authority of the Act of Congress approved August 21,
6  2002 (116 Stat. 1144, 40 U.S.C. §3113). The Act of Congress approved September 30, 1996 (Pub. Law
7  104-208), authorized this acquisition, and the Act of Congress approved October 18, 2005 (Pub. Law
8  109-90), appropriated funds for the acquisition of land to control and guard the boundaries and borders
9  of the United States of America.

10      3.    The public use for which the property is taken is to provide control and guard the
11  boundaries and borders of the United States in connection with the Border Infrastructure System and for
12  other uses incident thereto. The said interest in land has been selected for acquisition by the United
13  States for use in connection with the construction and establishment of a Multi-Tier Fence Project in San
14  Diego County, California, and for such other uses as may be authorized by Congress or by Executive
15  Order.

16      4.    The interest to be acquired in the property known as Tract No. 103 is described in
17  Schedule "B" of the original Declaration of Taking, filed August 17, 2006, and made a part hereof. The
18  interests to be acquired in the land being taken for Access Road purposes (Tract Nos. 106E, 106E-1,
19  106E-3 and 106E-4) and for Temporary Construction Easement purposes (Tract Nos. 106E-2 and
20  106E-5) are described in Schedule "D" of the Amendment to Declaration of Taking, filed January 3,
21  2008, and made a part hereof.

22      5.    The purpose of this Third Amended Complaint is to clarify and restate the descriptions
23  of Tract Nos. 103, 106E, 106E-1, 106E-3 and 106E-4. The land described in the Amendment to
24  Declaration of Taking as Tract Nos. 106E-2 and 105E-5 is not included herein and is no longer part of
25  the taking in this action.

26      6.    An accurate description of the land being taken known as Tract 103 is set forth in
27  Schedule "BB", attached hereto and made a part hereof. An accurate description of the land being taken
28  //

for Access Road purposes known as Tract Nos. 106E, 106E-1, 106E-3 and 106E-4 is also set forth in Schedule "BB" hereto.

7. The persons who may have or claim a purported interest in the property whose names are known are listed in Schedule "B" of the original Declaration of Taking, filed August 17, 2006, and made a part hereof. At the time of taking, the County of San Diego was the legal owner of the subject property. The State of California - California Coastal Conservancy and the State of California - Department of Parks and Recreation claim an interest in the subject property based upon their provision of funds which were used by the County of San Diego to purchase a portion of the subject property in addition to other parcels located in the vicinity.

8. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: January 28, 2009

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham
CHRISTOPHER B. LATHAM
Assistant U. S. Attorney
Attorneys for Plaintiff

# SCHEDULE "BB"

TRACT 103

A PORTION OF SECTION 4 AND FRACTIONAL SECTIONS 9 AND 10, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008-0137280. SAID PORTION BEING DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WEST LINE OF SAID FRACTIONAL SECTION 9 AND THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AND ALONG SAID WESTERLY LINE NORTH 00°36'22" EAST, 248.56 FEET; THENCE LEAVING SAID WESTERLY LINE SOUTH 85°26'01" EAST, 464.06 FEET; THENCE NORTH 46°45'53" EAST, 672.01 FEET; THENCE NORTH 71°01'16" EAST, 429.68 FEET; THENCE NORTH 57°23'38" EAST, 250.02 FEET; THENCE NORTH 89°48'25" EAST, 252.93 FEET; THENCE SOUTH 45°43'21" EAST, 153.89 FEET; THENCE NORTH 88°59'44" EAST, 243.19 FEET; THENCE NORTH 83°27'35" EAST, 808.50 FEET; THENCE NORTH 75°16'39" EAST, 587.17 FEET; THENCE NORTH 82°19'09" EAST, 508.01 FEET; THENCE NORTH 58°35'06" EAST, 314.40 FEET TO A POINT ON NORTH LINE OF SAID FRACTIONAL SECTION 9; THENCE LEAVING SAID NORTH LINE NORTH 00°28'47" EAST, 91.16 FEET; THENCE SOUTH 89°56'57" EAST, 782.81 FEET; THENCE SOUTH 38°52'38" EAST, 467.39 FEET TO A POINT ON

THE WEST LINE OF SAID FRACTIONAL SECTION 10; THENCE LEAVING SAID WEST LINE NORTH 87°28'12" EAST, 1437.33 FEET, THENCE NORTH 84°36'07" EAST, 1900.15 FEET TO A POINT ON THE NORTH LINE OF FRACTIONAL SECTION 10; THENCE ALONG SAID NORTH LINE SOUTH 89°36'16" EAST, 680.98 FEET TO THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3 AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING SAID SOUTHEAST CORNER SOUTH 00°28'03" WEST, 405.14 FEET TO A POINT ON THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY; THENCE ALONG SAID BOUNDARY SOUTH 84°40'36" WEST, 2,493.52 FEET; THENCE SOUTH 84°40'37" WEST, 6,950.36 FEET TO THE POINT OF BEGINNING.

CONTAINS 127.60 ACRES, MORE OR LESS.

_____
CHARLES W. CHRISTENSEN, RCE 8195

08.08.08
DATE

## RUSSIAN HILL ACCESS ROAD

A 60.00 FOOT STRIP OF LAND BEING 30.00 FEET ON EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE LYING WITHIN A PORTION OF SECTION 3 AND FRACTIONAL SECTION 10, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008-0137280. SAID CENTERLINE TO FOLLOW THE EXISTING DIRT ROADS AS THEY EXISTED IN SEPTEMBER 2008, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WESTERLY LINE OF SAID FRACTIONAL SECTION 10 AND THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AND ALONG SAID WESTERLY LINE NORTH 00°29'36" EAST, 541.28 FEET; THENCE LEAVING SAID WESTERLY LINE NORTH 87°28'12" EAST, 989.85 FEET TO **THE TRUE POINT OF BEGINNING**; THENCE NORTH 10°41'14" WEST, 47.70 FEET; THENCE NORTH 21°22'05" WEST, 196.27 FEET; THENCE NORTH 33°47'48" WEST, 148.87 FEET; THENCE NORTH 63°28'08" WEST, 105.87 FEET; THENCE NORTH 69°11'33" WEST, 108.45 FEET; THENCE NORTH 60°34'18" WEST, 101.64 FEET; THENCE NORTH 63°38'04" WEST, 105.37 FEET TO THE BEGINNING OF A NON-TANGENT 27.88 FOOT RADIUS CURVE CONCAVE EASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 39°14'07" WEST; THENCE NORTHWESTERLY NORTHERLY AND NORTHEASTERLY THROUGH A CENTRAL ANGLE OF 151°32'00", 73.74 FEET; THENCE NON-TANGENT TO SAID CURVE SOUTH 77°21'00" EAST, 91.22 FEET; THENCE SOUTH 88°48'34" EAST, 115.88 FEET; THENCE SOUTH 86°09'37" EAST, 63.92 FEET; THENCE SOUTH 80°18'23" EAST, 56.49 FEET; THENCE SOUTH 73°58'15" EAST, 39.62 FEET; THENCE SOUTH 66°18'44" EAST, 63.93 FEET; THENCE SOUTH 67°48'33" EAST, 50.55 FEET; THENCE SOUTH 72°40'06" EAST, 48.64 FEET; THENCE SOUTH 79°13'23" EAST, 71.70 FEET; THENCE SOUTH 81°16'44" EAST, 96.70 FEET; THENCE SOUTH 82°22'05" EAST, 66.58 FEET; THENCE SOUTH 83°33'46" EAST, 78.47 FEET, THENCE NORTH 78°32'38" EAST, 61.17 FEET; THENCE NORTH 67°27'25" EAST, 88.51 FEET; THENCE NORTH 71°06'11" EAST, 88.93 FEET; THENCE NORTH 61°32'34" EAST, 34.92 FEET; THENCE NORTH 36°10'38" EAST, 33.50 FEET; THENCE NORTH 45°01'12" EAST, 52.97 FEET; THENCE NORTH 60°43'59" EAST, 88.29 FEET; THENCE NORTH 60°17'44" EAST, 108.19 FEET TO THE BEGINNING OF A NON-TANGENT 298.81 FOOT RADIUS CURVE CONCAVE NORTHWESTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 35°05'05" EAST; THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 39°59'19", 208.55 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 08°06'52" EAST, 69.56 FEET; THENCE NORTH 05°33'25"

RUSSIAN HILL ACCESS ROAD

EAST, 94.57 FEET; THENCE NORTH 10°50'52" EAST, 93.84 FEET; THENCE NORTH 09°58'38" EAST, 166.33 FEET; THENCE NORTH 12°21'07" EAST, 162.28 FEET TO THE BEGINNING OF A TANGENT 89.51 FOOT RADIUS CURVE CONCAVE WESTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 77°38'53" EAST, THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 46°55'36", 73.31 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 29°53'58" WEST, 63.90 FEET TO THE BEGINNING OF A TANGENT 152.50 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 60°06'02" WEST, THENCE NORTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 32°16'27", 85.90 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 00°23'53" EAST, 85.44 FEET; THENCE NORTH 02°48'03" EAST, 129.70 FEET; THENCE NORTH 00°31'37" EAST, 124.11 FEET; THENCE NORTH 03°47'07" WEST, 69.82 FEET; THENCE NORTH 18°47'21" WEST, 25.18 FEET; THENCE NORTH 34°03'53" WEST, 13.26 FEET TO THE END OF SAID STRIP OF LAND. THE SIDE LINES OF SAID STRIP OF LAND TO BE LENGTHENED OR SHORTENED SO AS TO TERMINATE AT THE BEGINNING OF SAID STRIP OF LAND ON A LINE THAT BEARS NORTH 87°28'12" EAST AND AT THE END OF SAID STRIP OF LAND ON A LINE THAT BEARS NORTH 39°10'44" EAST.

CONTAINS 5.2 ACRES, MORE OR LESS. 5.0 ACRES, MORE OR LESS ON SAN DIEGO COUNTY LAND. 0.2 ACRES, MORE OR LESS ON PRIVATE LAND.

*Charles W. Christensen* (signature)
CHARLES W. CHRISTENSEN, RCE 8195

10.29.08
DATE

(Seal: REGISTERED PROFESSIONAL ENGINEER, CHARLES W. CHRISTENSEN, No. C8195, Exp. 9-30-10, CIVIL, STATE OF CALIFORNIA)

JN 2008-48


## SMUGGLER'S GULCH ACCESS ROAD

A 60.00 FOOT STRIP OF LAND BEING 30.00 FEET ON EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE LYING WITHIN A PORTION OF SECTION 4 AND FRACTIONAL SECTION 9, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008-0137280. SAID CENTERLINE TO FOLLOW THE EXISTING DIRT ROADS AS THEY EXISTED IN SEPTEMBER 2008, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF SAID FRACTIONAL SECTION 9 AND THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AND ALONG SAID EASTERLY LINE NORTH 00°29'36" EAST, 541.28 FEET; THENCE LEAVING SAID EASTERLY LINE NORTH 38°52'38" WEST, 467.39 FEET; THENCE NORTH 89°56'57" WEST, 379.02 FEET TO THE **TRUE POINT OF BEGINNING**; SAID POINT BEING ON A 888.77 FOOT RADIUS CURVE CONCAVE EASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 79°01'57" WEST; THENCE NORTHERLY ALONG SAID ARC THROUGH A CENTRAL ANGLE OF 14°22'26", 222.97 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 00°52'32" EAST, 409.40 FEET; THENCE NORTH 01°13'58" EAST, 215.95 FEET; THENCE NORTH 00°42'38" WEST, 363.84 FEET TO THE END OF SAID STRIP OF LAND. THE SIDE LINES OF SAID STRIP OF LAND TO BE LENGTHENED OR SHORTENED SO AS TO TERMINATE AT THE BEGINNING OF SAID STRIP OF LAND ON A LINE WHICH BEARS NORTH 89°56'57" WEST AND AT THE END OF SAID STRIP OF LAND ON A LINE WHICH BEARS SOUTH 89°14'01" EAST.

CONTAINS 1.7 ACRES, MORE OR LESS, ON SAN DIEGO COUNTY LAND.

_[signature]_
CHARLES W. CHRISTENSEN, RCE 8195

10.29.08
DATE

JN 2008-48

SAM'S DRIVE ACCESS ROAD

A 60.00 FOOT STRIP OF LAND BEING 30.00 FEET ON EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE LYING WITHIN A PORTION OF SECTIONS 4, 5 AND FRACTIONAL SECTION 9, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008-0137280. SAID CENTERLINE TO FOLLOW THE EXISTING DIRT ROADS AS THEY EXISTED IN SEPTEMBER 2008, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WEST LINE OF SAID FRACTIONAL SECTION 9 AND THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING SAID UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AND ALONG SAID WESTERLY LINE NORTH 00°36'22" EAST, 248.56 FEET; THENCE LEAVING SAID WESTERLY LINE SOUTH 85°26'01" EAST, 464.06 FEET; THENCE NORTH 46°45'53" EAST, 672.01 FEET; THENCE NORTH 71°01'16" EAST, 429.68 FEET; THENCE NORTH 57°23'38" EAST, 250.02 FEET; THENCE NORTH 89°48'25" EAST, 149.90 FEET TO THE **TRUE POINT OF BEGINNING**; THENCE NORTH 02°00'12" WEST, 195.39 FEET; THENCE NORTH 03°23'37" EAST, 197.88 FEET; THENCE NORTH 01°47'27" EAST, 233.92 FEET; THENCE NORTH 41°48'32" WEST, 335.15 FEET; THENCE NORTH 42°11'58" WEST, 108.25 FEET; THENCE NORTH 48°37'00" WEST, 90.75 FEET; THENCE NORTH 05°18'06" EAST, 186.26 FEET; THENCE NORTH 11°10'38" EAST, 165.00 FEET; THENCE NORTH 09°05'48" EAST, 156.62 FEET; THENCE NORTH 22°00'33" EAST, 93.98 FEET; THENCE NORTH 33°09'55" EAST, 60.35 FEET; THENCE NORTH 16°20'16" EAST, 106.36 FEET; THENCE NORTH 12°36'07" EAST, 99.31 FEET TO THE BEGINNING OF A NON-TANGENT 192.32 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 83°01'23" EAST; THENCE NORTHERLY AND WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 82°11'10", 275.86 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 86°28'58" WEST, 170.98 FEET; THENCE NORTH 78°26'27" WEST, 188.32 FEET; THENCE SOUTH 89°22'36" WEST, 111.80 FEET; THENCE SOUTH 79°56'32" WEST, 118.87 FEET; THENCE SOUTH 88°19'30" WEST, 80.39 FEET; THENCE NORTH 83°07'08" WEST, 74.94 FEET TO THE BEGINNING OF A NON-TANGENT 36.22 FOOT RADIUS CURVE CONCAVE EASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 06°58'07" WEST; THENCE NORTHWESTERLY NORTHERLY AND NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 166°03'46", 104.97 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 81°11'09" EAST, 59.48 FEET; THENCE NORTH 68°12'45" EAST, 38.20 FEET TO THE BEGINNING OF A NON-TANGENT 52.37 FOOT RADIUS CURVE CONCAVE WESTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 21°52'39" EAST;

1

SAM'S DRIVE ACCESS ROAD

THENCE NORTHEASTERLY NORTHERLY AND NORTHWESTERLY THROUGH A CENTRAL ANGLE OF 161°31'11", 147.63 FEET; THENCE NON-TANGENT TO SAID CURVE SOUTH 72°57'42" WEST, 214.26 FEET; THENCE SOUTH 66°56'45" WEST, 115.84 FEET; THENCE SOUTH 66°06'44" WEST, 96.03 FEET; THENCE SOUTH 61°46'46" WEST, 93.16 FEET; THENCE SOUTH 59°35'21" WEST, 260.45 FEET; THENCE SOUTH 60°41'28" WEST, 198.94 FEET; THENCE SOUTH 64°35'28" WEST, 157.27 FEET TO THE BEGINNING OF A NON-TANGENT 56.68 FOOT RADIUS CURVE CONCAVE NORTHERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 26°32'56" EAST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 82°22'48", 81.50 FEET TO THE END OF SAID STRIP OF LAND. THE SIDE LINES OF SAID STRIP OF LAND TO BE LENGTHENED OR SHORTENED SO AS TO TERMINATE AT THE BEGINNING OF SAID STRIP OF LAND ON A LINE WHICH BEARS NORTH 89°48'25" EAST AND AT THE END OF SAID STRIP OF LAND ON A LINE WHICH BEARS NORTH 49°34'55" EAST.

CONTAINS 6.4 ACRES, MORE OR LESS, ON SAN DIEGO COUNTY LAND.

*Charles W. Christensen* (signature)

CHARLES W. CHRISTENSEN, RCE 8195

10.29.08
DATE

(Seal: REGISTERED PROFESSIONAL ENGINEER, CHARLES W. CHRISTENSEN, No. C8195, Exp. 9-30-10, CIVIL, STATE OF CALIFORNIA)

JN 2008-48

## GOAT CANYON ACCESS ROAD

A 60.00 FOOT STRIP OF LAND BEING 30.00 FEET ON EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE LYING WITHIN A PORTION OF SECTION 5 AND FRACTIONAL SECTIONS 8 AND 9, IN TOWNSHIP 19 SOUTH, RANGE 2 WEST, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY NO. 20127, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 14, 2008 AS FILE NO. 2008-0137280. SAID CENTERLINE TO FOLLOW THE EXISTING DIRT ROADS AS THEY EXISTED IN SEPTEMBER 2008, BEING MORE PARTICULARLY BEING DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WEST LINE OF SAID FRACTIONAL SECTION 9 AND THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AS SHOWN ON SAID RECORD OF SURVEY NO. 20127; THENCE LEAVING THE UNITED STATES/MEXICO INTERNATIONAL BOUNDARY AND ALONG SAID WESTERLY LINE NORTH 00°36'22" EAST, 248.56 FEET; THENCE LEAVING SAID WESTERLY LINE SOUTH 85°26'01" EAST, 464.06 FEET; THENCE NORTH 46°45'53" EAST, 189.44 FEET TO THE **TRUE POINT OF BEGINNING**;

SAID POINT BEING ON A 819.84 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 38°41'32" WEST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 21°48'23", 312.02 FEET TO THE BEGINNING OF A NON-TANGENT 554.09 FOOT RADIUS REVERSE CURVE A RADIAL BEARING TO SAID POINT BEARS NORTH 57°40'14" EAST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 30°43'36", 297.15 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 63°22'06" WEST, 112.17 FEET; THENCE NORTH 67°00'16" WEST, 140.23 FEET; THENCE NORTH 64°01'50" WEST, 281.49 FEET; THENCE NORTH 61°48'19" WEST, 93.61 FEET TO THE BEGINNING OF A NON-TANGENT 191.16 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 34°33'00" WEST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 38°59'24", 130.09 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 13°19'03" WEST, 283.96 FEET TO THE BEGINNING OF A NON-TANGENT 119.47 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY A RADIAL BEARNG TO SAID POINT BEARS NORTH 75°53'31" EAST; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 42°59'07", 89.63 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 56°47'04" WEST, 881.21 FEET TO THE BEGINNING OF A NON-TANGENT 902.86 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY A RADIAL BEARING TO SAID CURVE BEARS SOUTH 06°45'29" WEST, THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 29°56'15", 471.75 FEET; THENCE NON-TANGENT

GOAT CANYON ACCESS ROAD

TO SAID CURVE NORTH 63°04'03" WEST, 67.54 FEET TO THE BEGINNING OF A NON-TANGENT 151.34 FOOT RADIUS CURVE CONCAVE EASTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 39°11'28" WEST; THENCE NORTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 80°07'34", 211.65 FEET; THENCE NON-TANGENT TO SAID CURVE NORTH 36°27'50" EAST, 191.60 FEET TO THE BEGINNING OF A NON-TANGENT 134.44 FOOT RADIUS CURVE CONCAVE WESTERLY A RADIAL BEARING TO SAID POINT BEARS SOUTH 69°56'12" EAST; THENCE NORTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 34°11'56", 80.25 FEET TO THE END OF SAID STRIP OF LAND. THE SIDE LINES OF SAID STRIP OF LAND TO BE LENGTHENED OR SHORTENED SO AS TO TERMINATE AT THE BEGINNING OF SAID STRIP OF LAND ON A LINE WHICH BEARS NORTH 46°45'53" EAST AND AT THE END OF SAID STRIP OF LAND ON A LINE WHICH BEARS NORTH 86°31'33" EAST.

CONTAINS 5.0 ACRES, MORE OR LESS. 3.8 ACRES, MORE OR LESS, ON STATE OF CALIFORNIA LAND. 1.2 ACRES, MORE OR LESS, ON SAN DIEGO COUNTY LAND.

_Charles W. Christensen_  
CHARLES W. CHRISTENSEN, RCE 8195

10.29.08  
DATE



JN 2008-48